TASHA PARIS CHALFANT, SBN 207055
ATTORNEY AT LAW
3175 Sunset Blvd., Suite 109
Rocklin, California 95677
Telephone:   (916) 444-6100
Fax:         (916) 930-6093
E-Mail:      tashachalfant@gmail.com

Attorney for Defendant
ROBERT LARRY MOORE

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>RODNEY LYNN BRAUN,<br>ROBERT LARRY MOORE,<br><br>                    Defendants. | Case No.: 2:13-CR-0258 TLN<br><br>**WAIVER OF PERSONAL APPEARANCE; ORDER** |

Defendant **ROBERT LARRY MOORE** hereby waives the right to be present in person in open court upon the hearing of any motion, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, during jury or court trial, impanelment of jury and imposition of sentence.

//

//

Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all time by the presence of his attorney, the same as if defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

DATED:  August 23, 2013

/s/ Robert Larry Moore
ROBERT LARRY MOORE
Defendant

DATED:  August 23, 2013

/s/ Tasha Paris Chalfant
TASHA PARIS CHALFANT
Attorney for Defendant
ROBERT LARRY MOORE

(Original Signatures on File at Attorney's Office)

**IT IS SO ORDERED.**

Dated: August 26, 2013

Troy L. Nunley
United States District Judge