TASHA PARIS CHALFANT, SBN 207055
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone: (916) 444-6100
Fax: (916) 930-6093
E-Mail: tashachalfant@gmail.com

Attorney for Defendant
ROBERT LARRY MOORE

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT LARRY MOORE,<br><br>        Defendant. | CR NO. 2:13-CR-000258 TLN<br><br>[~~PROPOSED~~] ORDER SEALING DOCUMENTS AS SET FORTH IN THE NOTICE |

Pursuant to Local Rule 141(b), and based upon the representation contained in the defendant, ROBERT LARRY MOORE's, Request to Seal, IT IS HEREBY ORDERED that the three-page document pertaining to defendant Robert Larry Moore and Robert Larry Moore's Request to Seal shall be SEALED until further order of this Court.

It is further ordered that access to the sealed documents shall be limited to counsel for the defendant.

Dated: October 1, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

- 1 -