1  TASHA PARIS CHALFANT, SBN 207055
2  5701 Lonetree Blvd., Suite 312
   Rocklin, California 95765
3  Telephone:  (916) 444-6100
4  Fax:        (916) 930-6093
   E-Mail:     tashachalfant@gmail.com
5
6  Attorney for Defendant
   ROBERT LARRY MOORE
7

## IN THE UNITED STATES OF DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR NO. 2:13-CR-000258 TLN |
|---|---|
| Plaintiff, | |
| v. | **MOTION FOR USMS TO PAY FOR DEFENDANT'S TRANSPORTATION FROM KINGSPORT, TENNESSEE TO TO SACRAMENTO, CALIFORNIA AND RETURN TRANSPORTATION FROM SACRAMENTO, CALIFORNIA TO KINGSPORT, TENNESSEE, AND [PROPOSED] ORDER** |
| ROBERT LARRY MOORE, | |
| Defendant. | |

   Mr. Moore is a resident of Bristol, Virginia and currently on pre-trial release. He is scheduled for sentencing on Thursday, February 25, 2016. He is indigent and without sufficient financial resources to travel to court and return to Bristol, Virginia on his own. I have learned from other lawyers in this district that in situations like this, the U.S. Marshals Service are able to pay for transportation for defendants if they have a Court order directing them to do so. Therefore, Mr. Moore requests the court to issue an order directing the U.S. Marshals Service to pay for the defendant's transportation from

Kingsport, Tennessee (the closest airport to Bristol, Virginia) and the return transportation from Sacramento, California to Kingsport, Tennessee because he is indigent and unable to pay for the costs of transportation on his own.

                                              Respectfully submitted,

Dated: January 14, 2016                     /s/ Tasha Paris Chalfant
                                              TASHA PARIS CHALFANT
                                              Attorney for Defendant
                                              ROBERT LARRY MOORE

    Pursuant to Title 18, United States Code, Section 4285, IT IS SO ORDERED.

Dated: January 14, 2016.

                                     EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE