TASHA PARIS CHALFANT, SBN 207055
ATTORNEY AT LAW
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:  (916) 444-6100
Fax:          (916) 930-6093
E-Mail:      tashachalfant@gmail.com

Attorney for Defendant
ROBERT LARRY MOORE

# IN THE UNITED STATES OF DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT LARRY MOORE,<br><br>        Defendant. | CR.S.  2:13-CR-0258-2 TLN<br><br>**REQUEST FOR ORDER AND ORDER EXONERATING BOND**<br><br>Judge:  Hon. Troy L. Nunley |

On or about March 3, 2015, an $80,000 appearance bond, secured by a Deed of Trust to the real Property of ROBERT LARRY MOORE in WASHINGTON COUNTY, VIRGINIA was posted on behalf of defendant ROBERT LARRY MOORE.  On February 25, 2016, ROBERT LARRY MOORE was sentenced by this Court to 13 months which was credit time served.

Accordingly, it is now requested that the secured bond be exonerated and that the Clerk of the District Court be directed to reconvey back to the Trustor the Deed of Trust received by the Clerk on or about March 3, 2015.

DATED:  February 26, 2016            /s/ Tasha Paris Chalfant
                                      TASHA PARIS CHALFANT
                                      Attorney for Defendant
                                      ROBERT LARRY MOORE

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**O R D E R**

IT IS HEREBY ORDERED that the appearance bond in the amount of $80,000 posted by ROBERT LARRY MOORE secured by real property in WASHINGTON COUNTY, VIRGINIA, is hereby exonerated and the Clerk shall forthwith cause a Deed of Reconveyance to be transmitted to the Trustor at the property address contained in the Deed of Trust.

Dated: February 26, 2016

Troy L. Nunley
United States District Judge